**State of Connecticut Judicial Branch**
**Civil and Family Inquiry** 

Civil / Family Home
-
Attorney/Firm Case List
Attorney/Firm Look-up

Docket Number Search
Party Name Search
Property Address Search
-
Short Calendars
  By Court Location
  By Juris Number
  Motions to Seal or Close
  Calendar Notices
  Short Calendar
    Quick Guide
-
Court Events By Date
Court Events By Juris Number
-
Scheduling Inquiry
-
Pending Foreclosure Sales

Questions & Answers
Court Information
Legal Terms


**Comments**

🖉 **NNH-CV17-5037754-S**  **JACKSON,ARLETTE,C. Et Al v. STANDARD INS. CO.**

Prefix/Suffix: [none]   Case Type: C20   File Date: 01/09/2017   Return Date: 01/17/2017

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help | ▶

To receive an email when there is activity on this case, click here.

Information Updated as of: 01/19/2017

| Case Information |
|---|
| Case Type: C20 - Contracts - Insurance Policy |
| Court Location: NEW HAVEN JD |
| List Type: No List Type |
| Trial List Claim: |
| Last Action Date: 01/11/2017 (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| Disposition Date: |
| Disposition: |
| Judge or Magistrate: |

| Party & Appearance Information | | |
|---|---|---|
| Party | No Fee Party | Category |
| P-01   ARLETTE C. JACKSON | | Plaintiff |
|     Self-Rep: 1ST FL    File Date: 01/09/2017 <br>     🆕 1599 CHAPEL STREET <br>     NEW HAVEN, CT 06511 | | |
| P-02   CHRO <br>     Non-Appearing | | Plaintiff |
| D-01   STANDARD INS. CO. <br>     Non-Appearing | | Defendant |

**Viewing Documents on Civil (including Housing) Cases:** A logged-in appearing self-represented party with electronic access to the case and a logged-in appearing attorney can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney or self-represented party *without* an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Any documents protected by law or by court order that are not open to the public cannot be viewed online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 01/09/2017 | P | SUMMONS 🆕 | |
| | 01/09/2017 | P | COMPLAINT 🆕 | |

| | | | | |
|---|---|---|---|---|
| 100.30 | 01/09/2017 | P | RETURN OF SERVICE 📄 *NEW* | No |
| 101.00 | 11/22/2016 | P | MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE<br>*RESULT:* Order 11/28/2016 HON JAMES ABRAMS | No |

| Scheduled Court Dates as of 01/18/2017 | | | |
|---|---|---|---|
| NNH-CV17-5037754-S - ***JACKSON,ARLETTE,C. Et Al v. STANDARD INS. CO.*** | | | |
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| No Events Scheduled | | | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2017, State of Connecticut Judicial Branch

Page Created on 1/19/2017 at 7:43:59 AM

http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=NNHCV17503...   1/19/2017

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The STANDARD INS. CO.
ATTN: James Welty or The Sec'y
P.O. Box 2800
Portland, OR., 97208

9590 9402 1456 5329 6603 24

2. Article Number (Transfer from service label)

7015 1520 0001 3882 9846

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    DEC 30 2016 / ary 03, 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

THAT on the above date, I received the hereto annexed certified mail return receipt card number:

9590 9402 1456 5329 6603 24

From the U. S. Postal Service at HARTFORD, as marked below:

__X__ Signed and Received

_____ Return to Sender Unknown

_____ Return to Sender Moved Left No Forward Address

_____ Refused

_____ Other

ATTEST:

PHYLLIS AIREY
STATE MARSHAL
HARTFORD COUNTY

STATE OF CONNECTICUT:
: SS. HARTFORD                               December 27, 2016
COUNTY OF HARTFORD:

**ARLETTE JACKSON, ET AL vs. THE STANDARD INC. c/o YALE UNIVERSITY**

THEN and by virtue hereof and by direction of the Plaintiff, I made due and legal service of the within original Writ, Summons, Complaint, and Release of Jurisdiction, by depositing at the U.S. Post Office in Hartford, a verified true and attested copy, certified mail, return receipt requested, addressed to the within named Defendant:

**The Standard Inc. / The Secretary**

At P.O. Box 2800, Portland, OR 97208

THE WITHIN IS THE ORIGINAL WRIT, SUMMONS, COMPLAINT, RELEASE OF JURISDICTION WITH MY DOINGS HEREON ENDORSED.

FEES:                                                ATTEST:

SERVICE:         $40.00
ENDORSEMENTS:    1.20
TRAVEL:          11.83                               *Phyllis E. [signature]*
PAGES:           7.00                                PHYLLIS E. AIREY
US POSTAGE:      Paid by Plaintiff                   STATE MARSHAL

TOTAL:           $60.03

United States Postal Service tracking number:

Supplemental Return of Service to follow

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

PORTLAND, OR 97208

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.68 |
| Total Postage and Fees | $6.68 |

Sent To: The Standard Ins. Co., The Secretary
Street and Apt. No., or PO Box No.: P.O. Box 2800
City, State, ZIP+4: Portland, OR, 97208

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed, (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street New Haven CT 06510 | (203) 503-6800 | JAN 17, 2017 |

| Judicial District ☒ / Housing Session ☐ | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) 450 Columbus Blvd Ste Hartford New Haven CT 06103 | Case type code (See list on page 2) Major: ___ Minor: C20 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code): Arlette Jackson 1599 Chapel Street New Haven CT 06511

Juris number (to be entered by attorney only):

Telephone number (with area code): (203) 584-5406
Signature of Plaintiff (If self-represented): Arlette Jackson

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to):

Number of Plaintiffs: ___   Number of Defendants: ___   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Arlette Jackson C Address: 1599 Chapel Street 1st Fl. New Haven CT 06511 | P-01 |
| Additional Plaintiff | Name: Address: 450 Columbus Blvd, Ste 2, Hartford CT 06103 | P-02 |
| First Defendant | Name: James Welty ISG Legal Dept Address: The Standard Inc. P.O. Box 2800 Portland Or 97208 | D-01 |
| Additional Defendant | Name: Yale University c/o Address: | D-02 |
| Additional Defendant | Name: Address: | D-03 |
| Additional Defendant | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☐ Commissioner of the Superior Court ☒ Assistant Clerk | Name of Person Signing at Left: Amina Connolly | Date signed: |
|---|---|---|---|

Judicial District of New Haven SUPERIOR COURT

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date: **JAN 09 2017**
**CHIEF CLERK'S OFFICE**

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff): Arlette Jackson | Date: 11/21/2016 | Docket Number: CV17-5037754 |
|---|---|---|---|

(Page 1 of 2)

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Arlette Jackson
**COMPLAINANT**

CHRO No. 1730044
EEOC No. 16A201601657

vs.

The Standard Benefit Administrators
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: October 19, 2016          Tanya A. Hughes, Executive Director

Arlette Jackson – ms2woo1599@gmail.com
James Welty – jwelty@standard.com

CT. Gen. STAT
46a-100
sent email
RO@ct.gov

LEFT email
& EOC no
Left Message
Oct 31

# discrimination accured

* I Emailed them, and the individual was on vacation... (male) and I was told to Email someone else.....

* Emailed them and my atty

Emailed 8/11/2015 about Stem cell apt w/ Dr. Robbin Sussen Barr pre op form

860.541-3400
Tonya A. Hughes
8.08.2015 AMAGNANO@standard.com
Executive Director
860-541-3421
Email conversations
the standard emails

(ugly and racist)
Michelle Dumas Keeler
860.541-3428

* Diane Crawford 9-22-2015
11.6.2015 Sabrina Santana
on 9-22-2015
Gave authorization to speak with the Standard

Atty Thornton Davidson
ERISA group
Oct 8th 2015
559-478- 2/1/19
EX 230
Diane Crawford → Nov 5th 6th

11-22-2016

Superior Court
235 Church St.
New Haven, CT.
06510

Arlette Jackson
1599 Chapel Str.
1st Fl.
New Haven, CT.
06511

(203) 584-5406

CHRO No. 1730044
EEOC No. 16A201601657

August 31, 2016 I Arlette Jackson Received a Fusion L3 L4 L5 etc.
Dear Your Honor, to whom it may concern. I Arlette Jackson am asking the Judge to enforce Statutes to prohibit me all I am entitled to by Contract since June 2005 (Payments stopped) with Yale University as a Custodian and with the local 34 Union. On Jan. 8th 2007 I Arlette Jackson Suffered a major slip and fall with a combination of lifting and bending. My coworker mopped a floor at 800 Howard Ave. New Haven, Yale New Haven hospital location, and this gentlemen forgot to put up a caution sign. While making my runs and collecting bags of blue linen which can wt up to 75-100 lbs each bag and over 100 bags 5 days a week, and alone. November 2007 The Standard Insurance contact me and stated I need to reach out to Social Security in order to receive their benefits, if social security doesn't accept my claim, The standard will not also. This is all new to me, and No guidance from human resources nor the Union. I got hurt which resulted

I: a bulging disc, which was not the case for (2) now 9 years. Dr. Kenneth Kramer Yale's doctor write a classic report not giving accurate cause of my pain, but had me taken out of work April of 2007 after being on light duty 4 mos. and got worse. I was never paid any workers compensation from Yale University up to this day. When wrongfully terminated and still no application on file, which I thought that was a federal charge as well, or a violation. My injury report isn't available as well. I alway mentioned I fell on my coccyx tail bone because my bone cracked so loud when I got home in the bed, I couldn't undress myself, nor walk, everything I did was in pain. I had no medical either. I was wrongfully terminated and only had $6000 from my job, in which was my regular pay and vacations and sick, No Workers Compensation Ens. The standard as Yale University carrier always manipulated me since we met. I started with $1600 per month until Social Security picked up 2 years later. I paid for my own doctors out of pocket. Doctor Arkin at St. Rays was one. June 2015

③

After constantly paying me $887.00 plus taxes taken out and over payment, I am continually manipulated by the Standard. There isn't an attorney in Connecticut that deals with Erisa, if so, they didn't help me. I reached out to two attorneys and they did nothing. I was referred to attorneys in California and was offered $10,000 in back pay but he lived too far to allow me to receive all my benefits entitled. Since 2013 I saw Doctor Michael Robbin who suggest the Stem Cell procedure, and Workers Compensation has this same information. I am also still in process with my slip and fall injury from 2007 at The State Street Workers Compensation location and since 2008. I then reached out to CHRO in September 07 2016 to assist my matter further with all the lies and deceit being experienced with receiving my entitled benefits to accommodate as agreed til age 67, or able to work, which I have NOT, and unable to lift or bend, which Doctor Jeffrey Sumner put the

the "P." in Professional and show Evidence of a fusion. L3L4L5 Dr. Sumner and Dr. Dalfino L3L4/4 Fusion 2007 of Shelton CT. information is the same and Yale University hates to be responsible for anything they do, if so, they try to make you lose your house, your car, practically want you to kill yourself as a result. These elites have NO compassion or remorse for No One. Reaching out to CHRO, which was dismissed do to expired time, told me to bring this matter to Superior Court. A Release of Jurisdiction. The Commission on Human Rights and Opportunities releases jurisdiction over my complaint, in accordance with Conn. Gen. Stat. 46a-100 against The Standard Benefits Administrator, in which discriminatory practice is alleged to have occurred. The commission must be served on persuant to Conn. Gen. Stat. 46a-103. I wish and trust Superior Court to make things right again.

Sincerely,
Respectfully Yours
Arlette Jackson